UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORSAIR GAMING, INC. d/b/a CORSAIR<br><br>    Plaintiff,<br><br> v.<br><br>EXTREME IMPACT CORP. d/b/a AMAZIN SALE<br><br>    Defendant. | Civil Action No. 1:24-cv-07675 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CORSAIR Gaming, Inc. d/b/a CORSAIR hereby gives notice of voluntary dismissal, with prejudice, of all claims against Extreme Impact Corp. d/b/a Amazin Sale in the above-entitled action.

Each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 13, 2024    K&L GATES LLP

               By: */s/ Thomas A. Warns*
                  Thomas A. Warns
                  K&L Gates LLP
                  599 Lexington Ave.
                  New York, NY 10022
                  Tel: (212) 536 – 3900
                  tom.warns@klgates.com

                  *Attorney for Plaintiff*
                  *Corsair Gaming, Inc. d/b/a CORSAIR*